JUDGE CROTTY



07 CV 5867

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MINNEAPOLIS FIREFIGHTERS' RELIEF ASSOCIATION, on behalf of itself and all others similarly situated,<br><br>              Plaintiff,<br><br>v.<br><br>BRISTOL-MYERS SQUIBB COMPANY, PETER R. DOLAN, and ANDREW R.J. BONFIELD,<br><br>              Defendants. | CIVIL ACTION No.<br><br>**RULE 7.1 STATEMENT**<br><br>DOC # 2  |

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the plaintiff, MINNEAPOLIS FIREFIGHTERS' RELIEF ASSOCIATION:

      NONE

Dated: June 20, 2007

                              KAPLAN FOX & KILSHEIMER LLP

                              By: _____
                              Frederic S. Fox (FF 9102)
                              Joel B. Strauss (JS 6585)
                              Jeffrey P. Campisi (JC 7264)
                              805 Third Avenue, 22nd Floor
                              New York, New York 10022
                              Tel: (212) 687-1980
                              Fax: (212) 687-7714

                                  -and-
                              LOCKRIDGE GRINDAL & NAUEN, P.L.L.P.
                              Richard A. Lockridge
                              Karen H. Riebel

100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 399-0981

*Attorneys for Plaintiff*