AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

Minneapolis Firefighters' Relief Association,
On Behalf of Itself and All Others, Plaintiffs

V.

Bristol-Myers Squibb Company, Peter R. Dolan,
and Andrew R.J. Bonfield, Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CV 5867**

**JUDGE CROTTY**

TO: (Name and address of Defendant)

BRISTOL-MYERS SQUIBB COMPANY
345 Park Avenue
New York, NY 10154

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOEL B. STRAUSS, Esq.
Kaplan Fox & Kilsheimer, LLP
805 Third Avenue, 22nd Floor
New York, NY 10022
Telephone: (212) 687-1980

an answer to the complaint which is served on you with this summons, within ___Twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JUN 2 0 2007

J. MICHAEL McMAHON

CLERK                                               DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                       *Signature of Server*

                                       _____
                                             *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# RETURN OF SERVICE

Exact Name of Case: Minneapolis Firefighters' vs Bristol-Myers Squibb

Date/Time Served: 11:10  6/21/07

Type of Document Served:

☒ Complaint(s) and Summons
{ } Subpoena
{ } Other (specify): _____

Name(s) of document served (if not one of the above): _____

Name of Person Served: Jodi Gsumas

Position of Person Served: Assistant Corporate Secretary

Company Name/Address: Bristol-Myers Squibb Company
345 Park Avenue
New York, New York 10154

Color of Skin: White

Color of Hair: Blond

Approximate Height: 5'5"

Approximate Weight: 130 lbs

Name of Server: Jason Tarbin

County of Residence: Kings

 **Bristol-Myers Squibb Company**

Jodi Gumas
Assistant Corporate Secretary
Legal
Corporate Staff

345 Park Avenue
New York, NY 10154

Tel 212-546-4437
Fax 212-546-9966
jodi.gumas@bms.com