(RJTT/5.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 10 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MINNEAPOLIS FIREFIGHTERS' RELIEF
ASSOCIATION, on behalf of itself and all others
similarly situated,

       Plaintiff,

    v.

BRISTOL-MYERS SQUIBB COMPANY, PETER R.
DOLAN and ANDREW R.J. BONFIELD,

       Defendants.
----------------------------------------X

07 Civ. 5867 (PAC)

STIPULATION AND ORDER
EXTENDING TIME TO
RESPOND TO COMPLAINT

  IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel, that:

  1. Defendants originally were to appear, answer, move or otherwise respond to the Complaint on July 11, 2007.

  2. The undersigned counsel agree that the time for Defendants Bristol-Myers Squibb Company, Peter R. Dolan and Andrew R.J. Bonfield to appear, answer, move or otherwise respond to the Complaint shall be extended thirty days to and including August 10, 2007.

  3. Defendants have not made any previous requests for adjournments or extensions in this matter.

            DEBEVOISE & PLIMPTON LLP

            By: _____
            Lorin L. Reisner (LR 2789)
            Michael R. Potenza (MP 2969)
            919 Third Avenue
            New York, New York 10022
            (212) 909-6000
            *Attorneys for Bristol-Myers Squibb Company and*
            *Andrew R.J. Bonfield*

22507189v1

WEIL GOTSHAL & MANGES LLP

By: _____
Richard J. Davis (RD    )
Robert F. Carangelo (RC-3102)
767 Fifth Avenue
New York, NY 10153
(212) 310-8000

*Attorneys for Peter R. Dolan*

KAPLAN FOX & KILSHEIMER LLP

By: _____
Frederic S. Fox (FF 9102)
Joel B. Strauss (JS 6585)
Jeffrey P. Campisi (JC 7264)
850 805 Third Avenue, 22nd Floor  14th
New York, NY 10022
(212) 687-1980

-and-

LOCKRIDGE GRINDAL & NAUEN, P.L.L.P
Richard A. Lockridge
Karen H. Riebel
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
(612) 339-6900

*Attorneys for Minneapolis Firefighters' Relief Association*

SO ORDERED:
_____
Paul A. Crotty, U.S.D.J.

Dated: New York, New York
        July ___, 2007
        JUL 10 2007