**UNTED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MINNEAPOLIS FIREFIGHTERS' RELIEF ASSOCIATION, on behalf of itself and all others similarly situated,<br><br>                            Plaintiff,<br><br>vs.<br><br>BRISTOL-MYERS SQUIBB COMPANY, PETER R. DOLAN, and ANDREW R.J. BONFIELD,<br><br>                            Defendants. | Case No. 07-CV-5867 (PAC)<br><br>ELECTRONICALLY FILED |
| JEAN LAI, Individually and On behalf of All Others Similarly Situated,<br><br>                            Plaintiff,<br><br>vs.<br><br>BRISTOL-MYERS SQUIBB COMPANY, PETER R. DOLAN and ANDREW R. J. BONFIELD,<br><br>                            Defendants. | Case No. 07-CV-6259 (PAC) |

**DECLARATION OF GERALD H. SILK IN SUPPORT OF THE MOTION OF ONTARIO TEACHERS' PENSION PLAN BOARD FOR (1) APPOINTMENT AS LEAD PLAINTIFF; (2) APPROVAL OF ITS SELECTION OF COUNSEL AS LEAD COUNSEL FOR THE CLASS; AND (3) CONSOLIDATION OF ALL RELATED ACTIONS**

I, Gerald H. Silk, declare as follows:

1. I am a member in good standing of the bars of the State of New York and of this Court. I am a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP. I submit this declaration in support of the Motion filed by the Ontario Teachers' Pension Plan Board for appointment as Lead Plaintiff, approval of its selection of Bernstein Litowitz Berger & Grossmann LLP to serve as Lead Counsel for the Class, and for consolidation of all related actions.

2. Attached as Exhibits A through E are true and correct copies of the following documents:

<u>Exhibit A</u>:  Certification of Ontario Teachers, with attached chart of Ontario Teachers' transactions;

<u>Exhibit B</u>:  First notice of pendency of this class action;

<u>Exhibit C</u>:  Chart of transactions and losses (FIFO calculation);

<u>Exhibit D</u>:  Chart of transactions and losses (LIFO calculation);

<u>Exhibit E</u>:  Firm Biography of Bernstein Litowitz Berger & Grossmann LLP.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this twenty-seventh day of August, 2007.

    /s/  Gerald H. Silk
         Gerald H. Silk