## CERTIFICATION

Michael Padfield, Senior Legal Counsel, Investments for the Ontario Teachers' Pension Plan Board ("Ontario Teachers") declares, as to the claims asserted under the federal securities laws, that:

1. He has reviewed the complaints filed in this matter. Ontario Teachers has retained Bernstein Litowitz Berger & Grossmann LLP to serve as counsel in this matter.

2. Ontario Teachers did not purchase the securities that are the subject of this action at the direction of its counsel or to participate in this private action.

3. Ontario Teachers is willing to serve as a Lead Plaintiff and class representative on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. Ontario Teachers' transactions in Bristol-Myers Squibb Company securities that are the subject of this action are set forth in the chart attached hereto.

5. Ontario Teachers has not sought to serve as a representative party on behalf of a class in any action filed during the three years preceding the date of this Certification.

6. Ontario Teachers served as Lead Plaintiff in *In re Williams Companies Securities Litigation,* which was filed in 2002, but Ontario Teachers moved to be appointed Lead Plaintiff in the action in 2004 pursuant to an order by the court seeking a new Lead Plaintiff. The action has been fully settled.

7. Ontario Teachers will not accept any payment for serving as a representative party on behalf of the class beyond its *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 24th day of August 2007.

Michael Padfield
Senior Legal Counsel, Investments
*Ontario Teachers' Pension Plan Board*

**Ontario Teachers' Pension Plan Board**
**Transactions in Bristol-Myers Squibb Company**
Class Period: 3/22/2006-8/8/2006

| Transaction | Trade Date | Shares  | Price      |
|-------------|------------|---------|------------|
| Purchase    | 4/7/2006   | 8,200   | $ 24.6311  |
| Purchase    | 4/10/2006  | 201,400 | $ 24.2533  |
| Purchase    | 4/11/2006  | 10,600  | $ 24.1016  |
| Purchase    | 4/18/2006  | 190,300 | $ 24.7375  |
| Purchase    | 4/19/2006  | 12,900  | $ 24.6773  |
| Purchase    | 4/20/2006  | 8,400   | $ 24.8350  |
| Purchase    | 4/21/2006  | 178,400 | $ 24.8627  |
| Sale        | 5/11/2006  | -6,600  | $ 24.6712  |
| Purchase    | 6/1/2006   | 256,200 | $ 24.9832  |
| Purchase    | 6/8/2006   | 210,100 | $ 25.1398  |
| Purchase    | 6/9/2006   | 30,100  | $ 25.1037  |
| Purchase    | 6/15/2006  | 219,800 | $ 24.9963  |
| Purchase    | 6/16/2006  | 24,400  | $ 25.1701  |
| Sale        | 7/21/2006  | -10,000 | $ 25.4543  |