Yahoo!  My Yahoo!  Mail    Make Y! your home page    Search: [_____] Web Search

YAHOO! FINANCE    Welcome, **ben_heiss** [Sign Out, My Account]    Finance Home - Help    marketwire

**Welcome** [Sign In]    To track stocks & more, Register

**Financial News**

Enter symbol(s) [____]  Basic ▼  Get    Symbol Lookup

**Press Release**    Source: Kaplan Fox & Kilsheimer LLP

# Kaplan Fox Seeks to Recover Losses for Investors Who Purchased Securities of Bristol-Myers Squibb Company

Wednesday June 27, 5:27 pm ET

NEW YORK, NY--(MARKET WIRE)--Jun 27, 2007 -- On June 20, 2007, Kaplan Fox & Kilsheimer LLP filed a class action lawsuit in the United States District Court for the Southern District of New York on behalf of a class (the "Class") of all persons who purchased securities of Bristol-Myers Squibb Company ("BMY" or the "Company") (NYSE:BMY - News) between March 22, 2006 and August 8, 2006, inclusive (the "Class Period") and alleges violations of the federal securities laws by BMY and certain of its present and/or former executives.

As alleged in the Complaint, on March 22, 2006, BMY announced that it, along with Sanofi-Aventis SA, entered into a settlement agreement with Apotex, Inc. ("Apotex") to resolve a patent infringement lawsuit ("Apotex Settlement") related to the drug Plavix. The Complaint further alleges that throughout the Class Period, BMY failed to disclose material facts regarding the Apotex Settlement including: (1) that BMY had relinquished material rights in connection with the settlement, including the right to treble damages; (2) that if the Apotex Settlement was not approved, Apotex could flood the market with its generic version of Plavix; and (3) that BMY had negotiated improper side agreements in connection with the Apotex Settlement.

On July 27, 2006, BMY revealed that the Antitrust Division of the United States Department of Justice ("DOJ") was conducting a criminal investigation into the Apotex Settlement and, as alleged, as a result of this disclosure, the price of BMY's securities declined $1.95 per share, or 7.5%, to close at $24.04 per share. On August 8, 2006, BMY disclosed additional material facts regarding the Apotex Settlement. As a result of this disclosure, it is alleged that BMY's securities declined $1.56 per share, or approximately 7%, to close at $21.21 per share.

The Complaint also alleges that on May 10, 2007 BMY issued a press release disclosing that the Company agreed to plead guilty to federal charges of making false statements to a government agency in connection with the Apotex Settlement.

If you are a member of the proposed Class, you may move the court no later than August 27, 2007 to serve as a lead plaintiff for the Class. You need not seek to become a lead plaintiff in order to share in any possible recovery.

Plaintiff seeks to recover damages on behalf of the Class and is represented by Kaplan Fox & Kilsheimer LLP. Our firm, with offices in New York, San Francisco, Los Angeles, Chicago and New Jersey, has many years of experience in prosecuting investor class actions and actions involving financial fraud. For more information about Kaplan Fox & Kilsheimer LLP, or to review a copy of the complaint filed in this action, you may visit our website at www.kaplanfox.com.

If you have any questions about this Notice, the action, your rights or your interests, please e-mail us at mail@kaplanfox.com or contact:

*Contact:*

```
        Contacts:
```

```
Frederic S. Fox
Joel B. Strauss
Jeffrey P. Campisi
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 22nd Floor
New York, NY 10022
(800) 290-1952
(212) 687-1980
Fax: (212) 687-7714
E-mail address: Email Contact

Laurence D. King
KAPLAN FOX & KILSHEIMER LLP
555 Montgomery Street, Suite 1501
San Francisco, CA 94111
(415) 772-4700
Fax: (415) 772-4707
E-mail address: Email Contact
```

Source: Kaplan Fox & Kilsheimer LLP

Copyright © 2007 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright Policy - Ad Feedback
Copyright © 2007 Marketwire. All rights reserved. All the news releases provided by Marketwire are copyrighted. Any forms of copying other than an individual user's personal reference without express written permission is prohibited. Further distribution of these materials is strictly forbidden, including but not limited to, posting, emailing, faxing, archiving in a public database, redistributing via a computer network or in a printed form.