Bristol-Myers Squibb Co.
Class Period: 3/22/06 - 8/8/06
90-Day Avg. (8/8/06 - 11/3/06): 23.5589

**FIFO based loss calculations**
Ontario Teachers' Pension Plan Board

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| opening balance: | | 2,234,380 | | | Sell | 05/11/06 | (6,600) | 24.6712 | |
| | | | | | Sell | 07/21/06 | (10,000) | 25.4543 | |
| | | | | | Total | | (16,600) | | |
| Buy | 04/07/06 | 8,200 | 24.6311 | $201,975.02 | Retained | | 8,200 | 23.5589 | $193,182.98 |
| Buy | 04/10/06 | 201,400 | 24.2533 | $4,884,614.62 | Retained | | 201,400 | 23.5589 | $4,744,762.46 |
| Buy | 04/11/06 | 10,600 | 24.1016 | $255,476.96 | Retained | | 10,600 | 23.5589 | $249,724.34 |
| Buy | 04/18/06 | 190,300 | 24.7375 | $4,707,546.25 | Retained | | 190,300 | 23.5589 | $4,483,258.67 |
| Buy | 04/19/06 | 12,900 | 24.6773 | $318,337.17 | Retained | | 12,900 | 23.5589 | $303,909.81 |
| Buy | 04/20/06 | 8,400 | 24.8350 | $208,614.00 | Retained | | 8,400 | 23.5589 | $197,894.76 |
| Buy | 04/21/06 | 178,400 | 24.8627 | $4,435,505.68 | Retained | | 178,400 | 23.5589 | $4,202,907.76 |
| Buy | 06/01/06 | 256,200 | 24.9832 | $6,400,695.84 | Retained | | 256,200 | 23.5589 | $6,035,790.18 |
| Buy | 06/08/06 | 210,100 | 25.1398 | $5,281,871.98 | Retained | | 210,100 | 23.5589 | $4,949,724.89 |
| Buy | 06/09/06 | 30,100 | 25.1037 | $755,621.37 | Retained | | 30,100 | 23.5589 | $709,122.89 |
| Buy | 06/15/06 | 219,800 | 24.9963 | $5,494,186.74 | Retained | | 219,800 | 23.5589 | $5,178,246.22 |
| Buy | 06/16/06 | 24,400 | 25.1701 | $614,150.44 | Retained | | 24,400 | 23.5589 | $574,837.16 |
| **Total** | | **1,350,800** | | **$33,558,596.07** | | | **1,350,800** | | **$31,823,362.12** |

*Total FIFO loss:* **($1,735,233.95)**