UNTED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MINNEAPOLIS FIREFIGHTERS' RELIEF ASSOCIATION, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BRISTOL-MYERS SQUIBB COMPANY, PETER R. DOLAN, and ANDREW R.J. BONFIELD,<br><br>                                        Defendants. | Case No. 07-CV-5867 (PAC)<br><br>ELECTRONICALLY FILED |
| JEAN LAI, Individually and On behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BRISTOL-MYERS SQUIBB COMPANY, PETER R. DOLAN and ANDREW R. J. BONFIELD,<br><br>                                        Defendants. | Case No. 07-CV-6259 (PAC) |

**CERTIFICATE OF SERVICE**

I, Dwayne Lunde, hereby certify that on Monday, August 27, 2007, I caused the following documents:

- Notice of Motion of Ontario Teachers' Pension Plan Board for (1) Appointment as Lead Plaintiff; (2) Approval of Its Selection of Counsel as Lead Counsel for the Class; and (3) Consolidation of all Related Actions;

- Memorandum of Law in Support of the Motion of Ontario Teachers' Pension Plan Board for (1) Appointment as Lead Plaintiff; (2) Approval of Its Selection of Counsel as Lead Counsel for the Class; and (3) Consolidation of all Related Actions;

- Declaration of Gerald H. Silk in Support of the Motion of Ontario Teachers' Pension Plan Board for (1) Appointment as Lead Plaintiff; (2) Approval of Its Selection of Counsel as Lead Counsel for the Class; and (3) Consolidation of all Related Actions.

to be filed electronically with the Clerk of Court and served in accordance with the Federal Rules of Civil Procedure, the Southern District's Local Rules, and the Southern District's Rules on Electronic Service.

                                                          /s/ Dwayne Lunde
                                                             Dwayne Lunde