UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MINNEAPOLIS FIREFIGHTERS' RELIEF ASSOCIATION, on behalf of itself and all others similarly situated, | **ELECTRONICALLY FILED**<br><br>CIVIL ACTION No. 07cv5867 (PAC) |
| Plaintiff, | |
| v. | |
| BRISTOL-MYERS SQUIBB COMPANY, PETER R. DOLAN, and ANDREW R.J. BONFIELD, Defendants. | |
| JEAN LAI, individually and on behalf of all others similarly situated, | CIVIL ACTION No. 07cv6259 (PAC) |
| Plaintiff, | |
| v. | |
| BRISTOL-MYERS SQUIBB COMPANY, PETER R. DOLAN, and ANDREW R.J. BONFIELD, Defendants. | |

**NOTICE OF THE MINNEAPOLIS FIREFIGHTERS' RELIEF ASSOCIATION OF NON-OPPOSITION TO THE ONTARIO TEACHERS' PENSION PLAN BOARD'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

Having reviewed the motion filed by the Ontario Teachers' Pension Plan Board ("Ontario Teachers") for consolidation, appointment as lead plaintiff and approval of selection of lead counsel, and recognizing, based on papers filed thus far with the Court, that Ontario Teachers appears to have the largest financial stake in these related securities class actions, the Minneapolis Firefighters' Relief Association ("MFRA") hereby notes its non-opposition to the motion of Ontario Teachers to consolidate the related securities class actions, to be appointed as lead plaintiff and approval of its selection of lead counsel.

However, should Ontario Teachers not be appointed as lead plaintiff or should it be appointed as lead plaintiff and later withdraw, fail to present itself as class representative, or the Court determines that Ontario Teachers fails to satisfy Fed. R. Civ. P. 23 for purposes of serving as a class representative, MFRA reserves the right to present itself as substitute lead plaintiff and/or class representative as it remains willing to serve in a leadership or representative capacity on behalf of the class.

DATED: August 30, 2007

Respectfully submitted,

KAPLAN FOX & KILSHEIMER LLP

By: _____ s/ Joel B. Strauss _____
    Frederic S. Fox
    Joel B. Strauss
    Jeffrey P. Campisi

850 Third Avenue, 14th Floor
New York, NY 10022
Telephone:  (212) 687-1980
Facsimile:  (212) 687-7714

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
Richard A. Lockridge
Karen H. Riebel
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401

1

Tel: (612) 339-6900
Fax: (612) 339-0981

*Attorneys for Lead Plaintiff Movant the
Minneapolis Firefighters' Relief Association*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on August 30, 2007, I caused to be electronically filed the foregoing paper with the Clerk of the Court using the ECF System which will electronically send notification of such filing to the registered participants and paper copies will be sent via first-class mail postage pre-paid to those indicated as non-registered participants on August 30, 2007.

/s/    Jeffrey P. Campisi
Jeffrey P. Campisi

August 30, 2007

3