UNTED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MINNEAPOLIS FIREFIGHTERS' RELIEF ASSOCIATION, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BRISTOL-MYERS SQUIBB COMPANY, PETER R. DOLAN, and ANDREW R.J. BONFIELD,<br><br>Defendants. | Case No. 07-CV-5867 (PAC)  |
| JEAN LAI, Individually and On behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BRISTOL-MYERS SQUIBB COMPANY, PETER R. DOLAN and ANDREW R. J. BONFIELD,<br><br>Defendants. | Case No. 07-CV-6259 (PAC) |

SCHEDULING ORDER

WHEREAS, on August 30, 2007, the Court requested that the parties confer and submit a proposed scheduling order with respect to the filing of an Amended Complaint and anticipated motion(s) to dismiss the Amended Complaint; and

WHEREAS, on September 5, 2007, Plaintiff in *Lai v. Bristol-Myers Squibb Company, et al.*, No. 07-CV-6259 (PAC), filed a Notice of Voluntary Dismissal without prejudice;

IT IS HEREBY ORDERED:

1. *Lai v. Bristol-Myers Squibb Company, et al.*, No. 07-CV-6259 (PAC), is

dismissed without prejudice;

2. This action shall be captioned "In re Bristol-Myers Squibb Co. Securities Litigation," and the file shall be maintained under Master File No. 07-CV-5867 (PAC).

3. Ontario Teachers' Pension Plan Board ("Ontario Teachers") shall file an Amended Complaint in No. 07-CV-5867 (PAC) no later than October 15, 2007;

4. Defendants shall file their Motion(s) to Dismiss the Amended Complaint no later than November 12, 2007;

5. Ontario Teachers shall file its Opposition to Defendants' Motion(s) to Dismiss the Amended Complaint no later than December 17, 2007;

6. Defendants shall file their Reply(ies) to Ontario Teachers' Opposition to Defendants' Motion(s) to Dismiss the Amended Complaint no later than January 7, 2008.

7. The Court shall hold oral argument on the Motion(s) to Dismiss the Consolidated Amended Complaint on 1/22, 2008. — 3:00 p.m.

Dated: New York, New York
       September 20, 2007

_____
HONORABLE PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

-2-