UNTED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MINNEAPOLIS FIREFIGHTERS' RELIEF ASSOCIATION, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BRISTOL-MYERS SQUIBB COMPANY, PETER R. DOLAN, and ANDREW R.J. BONFIELD,<br><br>Defendants. | Case No. 07-CV-5867 (PAC)<br><br>USDS SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: SEP 2 1 2007 |

*PAC*

[~~PROPOSED~~] ORDER APPOINTING ONTARIO TEACHERS' PENSION PLAN BOARD AS LEAD PLAINTIFF AND APPROVING ITS SELECTION OF COUNSEL AS LEAD COUNSEL FOR THE CLASS

Upon consideration of (1) the Motion of Ontario Teachers' Pension Plan Board ("Ontario Teachers") for appointment as Lead Plaintiff and approval of its selection of counsel as Lead Counsel for the Class; (2) the Memorandum of Law in support thereof; (3) the Declaration of Gerald H. Silk; (4) all other pleadings and argument submitted to this Court; and for good cause shown,

**IT IS HEREBY ORDERED THAT**:

1. Ontario Teachers' Motion is **GRANTED**;

2. Ontario Teachers is **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned action.

3. Ontario Teachers' selection of counsel is **APPROVED**, and Bernstein Litowitz Berger & Grossmann LLP is **APPOINTED** as Lead Counsel for the Class.

**IT IS SO ORDERED**.

Dated: _September 10,_ , 2007

_____
HONORABLE PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE