UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN W. SAMPSON, TRUSTEE,

    Plaintiff,

- against -

JAMES D. ROBINSON III, LEWIS B. CAMPBELL, JAMES M. CORNELIUS, LAURIE H. GLIMCHER, M.D., VICKI L. SATO, PH.D., LEIF JOHANSSON, LOUIS J. FREEH, MICHAEL GROBSTEIN, and R. SANDERS WILLIAMS, M.D.,

    Defendants,

and

BRISTOL-MYERS SQUIBB COMPANY,

    Nominal Defendant.

Case No. 1:07-CV-06890-PAC

Related Case No. 1:07-cv-05867-PAC

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 0 9 2007

## [PROPOSED] SCHEDULING ORDER

WHEREAS, on August 30, 2007, the Court requested that the parties confer and submit a proposed scheduling order with respect to the filing of an Amended Complaint and anticipated motion(s) to dismiss the Amended Complaint; and

WHEREAS, on September 20, 2007, the Court entered a Scheduling Order in *In Re: Bristol-Myers Squibb Co. Securities Litigation*, 01:07-cv-05867-PAC, providing for the filing of any Amended Complaint by October 15, 2007, the filing of defendants' motions to dismiss on November 12, 2007, the filing of plaintiffs' opposition papers on December 17, 2007, the filing of defendants' reply on January 7, 2008, and scheduling oral argument of the foregoing for January 22, 2008 at 3:00 P.M.

**IT IS HEREBY ORDERED:**

1. Plaintiff Steven W. Sampson, Trustee, shall file any Amended Complaint no later than October 15, 2007;

2. Defendants shall file their Motion(s) to Dismiss the Amended Complaint, no later than November 12, 2007;

3. Plaintiff shall file his Opposition to Defendants' Motion(s) to Dismiss the Amended Complaint, no later than December 17, 2007;

4. Defendants shall file their Reply(ies) to Plaintiff's Opposition to Defendants' Motion(s) to Dismiss the Amended Complaint, no later than January 7, 2008; and

5. The Court shall hold oral argument on the Motion(s) to Dismiss the Amended Complaint or Feb 11, 2008 at 2:00. pm  - Courtroom 20C

Dated: New York, New York
       October 9, 2007

HONORABLE PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE