*Crotty, T*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BRISTOL-MYERS SQUIBB CO. SECURITIES LITIGATION | Case No. 07-CV-5867 (PAC) |

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __OCT 1 8 2007__
```

## [PROPOSED] ORDER DISMISSING ALL CLAIMS AGAINST ANDREW R.J. BONFIELD WITHOUT PREJUDICE

**WHEREAS** the initial Complaint filed in this action named Andrew R.J. Bonfield ("Bonfield") as a Defendant;

**WHEREAS** Lead Plaintiff Ontario Teachers' Pension Plan Board and Plaintiff Minneapolis Firefighters' Relief Association have filed an Amended Complaint that does not name Bonfield as a Defendant and have requested that the Court voluntarily dismiss all claims only against Bonfield, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1); and

**WHEREAS** Bonfield has not filed or served an answer and has not filed any motion in this action, and no prejudice to any party will result from the dismissal without prejudice of the claims against Bonfield;

**IT IS HEREBY ORDERED THAT**:

1.  All claims against Bonfield are dismissed without prejudice.

SO ORDERED: 10/18/07

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE