UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BRISTOL-MYERS SQUIBB CO. SECURITIES LITIGATION | File No. 07-CV-5867 (PAC) <br><br> Electronically filed |

### NOTICE OF APPEARANCE OF SALVATORE J. GRAZIANO

PLEASE TAKE NOTICE that Salvatore J. Graziano, a duly admitted member in good standing of the bars of the State of New York and of this Court and a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP, counsel for Lead Plaintiff Ontario Teachers' Pension Plan Board and lead counsel for the Class, hereby enters his appearance on behalf of the Ontario Teachers' Pension Plan Board in the above-captioned matter.

Date:   October 19, 2007            Respectfully submitted,


/s/ Salvatore J. Graziano
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Salvatore J. Graziano (SG-6854)
1285 Avenue of the Americas
New York, New York 10019
Tel: (212)-554-1400
Fax: (212)-554-1444

*Counsel for Lead Plaintiff Ontario Teachers' Pension Plan Board and Lead Counsel for the Class*

#279039

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE BRISTOL-MYERS SQUIBB CO. SECURITIES LITIGATION | Case No. 07-CV-5867 (PAC)<br><br>Electronically filed |

## CERTIFICATE OF SERVICE

I, Salvatore J. Graziano, hereby certify that on October 19, 2007, the Notice of Appearance of Salvatore J. Graziano in this action was electronically filed with the Clerk of the Court in accordance with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Southern District of New York, and copies of the Notice of Appearance were sent by first-class mail to:

Counsel for Defendant Bristol-Myers Squibb Co.:
Lorin L. Reisner, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022

Counsel for Defendant Peter A. Dolan:
Richard J. Davis, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Date: October 19, 2007

                                                                   /s/ Salvatore J. Graziano
                                                                   Salvatore J. Graziano (SG-6854)

#279039