B 151— Affidavit of Service of Summons or Subpoena: Personal or Alternative Method, Corp. or Indiv. Military Service (10 pt. type) 11-95    © 1988 JULIUS BLUMBERG, INC., PUBLISHER, NYC 10013

**COURT:** UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

**COUNTY OF:**

ONTARIO TEACHERS' PENSION PLAN BOARD AND MINNEAPOLIS FIREFIGHTERS' RELIEF ASSOCIATION
                                                               *Plaintiff(s)*

against

BRISTOL-MYERS SQUIBB CO. ET AL.,
                                                               *Defendant(s)*

**Index No.** 07-cv-5867 (PAC)

### AFFIDAVIT OF SERVICE OF SUMMONS (AND COMPLAINT)

SEE ATTACHED RIDER

---

**STATE OF NEW YORK, COUNTY OF** NEW YORK **SS:** The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at NORTH BRUNSWICK, NEW JERSEY

That on 10/20/07 at 9:25 A.M., at 74 BEECH HOLLOW LANE, PRINCETON, NEW JERSEY deponent served the within summons, *and complaint* on ANDREW G. BODNAR defendant therein named, SEE ATTACHED RIDER

**INDIVIDUAL 1. ☐** by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION 2. ☐** a _____ corporation, by delivering thereat a true copy *of each* to _____ personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be _____ thereof.

**SUITABLE AGE PERSON 3. ☒** by delivering thereat a true copy *of each* to AMY PRUITT (WIFE) a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC. 4. ☐** by affixing a true copy *of each* to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

MAILED ON: 10/24/07 AT 9:30 A.M.

**MAILING TO RESIDENCE USE WITH 3 OR 4 — 5A. ☒** Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at 74 BEECH HOLLOW LANE, PRINCETON, NEW JERSEY 08540 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4 — 5B. ☐** Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at _____ in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2, OR 3 ☒**

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ Male | ☒ White Skin | ☒ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☒ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☒ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☒ Gray Hair | ☐ Beard | ☒ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

**USE IN NYC CIVIL CT. ☐** The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE ☒** I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. ~~Recipient wore ordinary civilian clothes and no military uniform.~~ The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on 10/24/07

JOHN DICANIO
Notary Public, State of New York
No. 01DI4977768
Qualified in Westchester County
Commission Expires Feb. 11, 2011

WILLIAM ORTIZ

License No. _____

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X CASE # 07-cv-5867(PAC)
ONTARIO TEACHERS' PENSION PLAN
BOARD AND MINNEAPOLIS FIREFIGHTERS'
RELIEF ASSOCIATION,

                    Plaintiff,
                                              RIDER TO
         - against -                          AFFIDAVIT
                                              OF SERVICE
BRISTOL-MYERS SQUIBB CO. ET AL.

                    Defendant.
------------------------------------X
```

LIST OF DOCUMENTS SERVED:

- Summons in a Civil Action;
- Amended Class Action Complaint;
- Scheduling Order;
- 3rd Amended Instructions for Filing an Electronic Case or Appeal;
- Procedures for Electronic Case Filing;
- Guidelines For Electronic Case Filing; and
- Individual Practices of Judge Paul A. Crotty, U.S.D.J.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern                         District of                         New York

Ontario Teachers' Pension Plan Board and
Minneapolis Firefighters' Relief Association

**SUMMONS IN A CIVIL ACTION**

V.

Bristol-Myers Squibb Co., Peter A. Dolan, and
Andrew G. Bodnar

CASE NUMBER:   07-cv-5867 (PAC)

TO: (Name and address of Defendant)

Andrew G. Bodnar
74 Beech Hollow Lane
Princeton, NJ 08540-1235

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Salvatore J. Graziano, Esq.
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
38th Floor
New York, NY 10019-6028

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

OCT 1 5 2007

J. MICHAEL McMAHON

CLERK _____   DATE

DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____         _____
                    Date                          *Signature of Server*

                                      _____
                                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE BRISTOL-MYERS SQUIBB CO. SECURITIES LITIGATION | Case No. 07-CV-5867 (PAC) <br><br> Electronically Filed |

**CERTIFICATE OF SERVICE**

I, Jai Chandrasekhar, hereby certify that on October 24, 2007 I mailed the Affidavit of Service on Defendant Andrew Bodnar (with attached Summons) by first-class mail to the Clerk of Court for filing; electronically filed the Affidavit of Service (with attached Summons) with the Clerk of Court in accordance with the Federal Rules of Civil Procedure and the Southern District of New York's 3rd Amended Instructions for Filing an Electronic Case or Appeal, Local Rules, and Procedures and Guidelines for Electronic Case Filing; and mailed copies of the Affidavit of Service (with attached Summons) by first-class mail to:

<u>Counsel for Defendant Bristol-Myers Squibb Co.</u>:

Lorin L. Reisner, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022

<u>Counsel for Defendant Peter A. Dolan</u>:

Richard J. Davis, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Date: October 24, 2007

/s/ Jai Chandrasekhar
Jai Chandrasekhar (JC-3789)