UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BRISTOL-MYERS SQUIBB CO. SECURITIES LITIGATION | **Electronically Filed**<br><br>07 Civ. 5867 (PAC) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Lawrence S. Bader of Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C., with offices located at 565 Fifth Avenue, New York, New York 10017, hereby appears on behalf of defendant Andrew G. Bodnar in the above-captioned action. The undersigned hereby requests that all papers in the above-referenced action be served upon the undersigned at the email address stated below.

I certify that I am admitted to practice before this Court.

Dated: November 5, 2007
       New York, New York

MORVILLO, ABRAMOWITZ, GRAND,
IASON, ANELLO & BOHRER, P.C.

_____
Lawrence S. Bader (LB-5841)

565 Fifth Avenue
New York, New York 10017
(212) 856-9600 (Phone)
(212) 856-9494 (Fax)
Email: lbader@maglaw.com

*Attorneys for Defendant Andrew G. Bodnar*