```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 11 6 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE BRISTOL-MYERS SQUIBB CO.
SECURITIES LITIGATION

No. 07 Civ. 5867 (PAC)

## ~~PROPOSED~~ SCHEDULING ORDER

WHEREAS, on September 20, 2007, the Court entered a Scheduling Order (attached hereto as Exhibit A) providing for the filing of an Amended Complaint and motion(s) to dismiss; and

WHEREAS, on October 15, 2007, Andrew G. Bodnar was added as a defendant in this action and later served with the Amended Complaint; and

WHEREAS, Andrew G. Bodnar has requested additional time to file a motion to dismiss the Amended Complaint, and plaintiffs' counsel has no objection to this request, subject to the Court's approval; and

WHEREAS, counsel for Andrew G. Bodnar and counsel for plaintiffs have agreed to dates on which they propose to file papers relating to Dr. Bodnar's motion to dismiss the Amended Complaint, subject to the Court's approval; and

WHEREAS, the requested dates will not affect the date of oral argument on the other defendants' motions to dismiss, currently scheduled for January 22, 2008, at 3:00 p.m.

IT IS HEREBY ORDERED:

1.  Defendant Andrew G. Bodnar shall file his motion to dismiss the Amended Complaint no later than November 26, 2007;

2. Plaintiffs shall file their opposition to defendant Andrew G. Bodnar's motion to dismiss the Amended Complaint no later than December 20, 2007;

3. Defendant Andrew G. Bodnar shall file his reply to plaintiffs' opposition to defendants' motions to dismiss the Amended Complaint no later than January 10, 2008; and

4. The Court shall hold oral argument on all defendants' motions to dismiss the Amended Complaint on January 22, 2008, at 3:00 pm.

Dated: New York, New York
       November __, 2007

*(signature)*

HONORABLE PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

2

# MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO
LAWRENCE S. BADER
BARRY A. BOHRER
CATHERINE M. FOTI
PAUL R. GRAND
LAWRENCE IASON
STEPHEN M. JURIS
ROBERT G. MORVILLO
BARBARA MOSES'
JODI MISHER PEIKIN
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
JOHN J. TIGUE JR
CYRUS R. VANCE, JR
RICHARD D. WEINBERG

COUNSEL
CHRISTOPHER J. MORVILLO
E. SCOTT MORVILLO
GREGORY MORVILLO

*ALSO ADMITTED IN CALIFORNIA AND D.C.
**ALSO ADMITTED IN CONNECTICUT

MICHAEL C. SILBERBERG
1940-2002

565 FIFTH AVENUE
NEW YORK, N.Y. 10017

TELEPHONE
(212) 856-9600

www.maglaw.com

FACSIMILE
(212) 856-9494

WRITER'S DIRECT DIAL
(212) 880-9440

JENNIFER L. ACHILLES
DAVID C. AUBTN
LAWRENCE M. BARNES*
BENJAMIN S. FISCHER
ELIZABETH HANES
JAMES V. HAYES****
RACHEL HEMANI
TIMOTHY M. HUDSON**
RENEE L. JARUSINSKY
JASMINE JUTEAU
THOMAS M. KEANE
RACHEL M. KORENBLAT
KRISTY WATSON MILKOV
ELLEN M. MURPHY
SARAH J. NORTH
CLAUDIO R. OCHOA***
JANEY ROUNTREE****
ASHLEY E. RUPP
ANDREW J. SCHELL
E. SCOTT SCHIRICK
MARYANNE SEXTON
KATHRYN M. SPOTA
DAVID STANKIEWICZ
JERROLD L. STEIGMAN
JAMES R. STOVALL
BARBARA L. TRENCHER
AMY M. TULLY
KEFIRA R. WILDERMAN

November 5, 2007

BY FACSIMILE
Honorable Paul A. Crotty
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 735
New York, New York 10007

Re: In re Bristol-Myers Squibb Co. Securities Litigation
07 Civ. 5867 (PAC)

Dear Judge Crotty:

We represent defendant Andrew G. Bodnar in the above-captioned action. Dr. Bodnar was recently added as a defendant in the above-referenced case and served with the Amended Complaint on October 20, 2007. He was therefore to appear, answer, move or otherwise respond to the Amended Complaint by November 9, 2007. With the Court's permission, we would like to file a motion to dismiss the Amended Complaint on behalf of Dr. Bodnar on November 26, 2007. No previous request for an extension has been made by Dr. Bodnar. Plaintiffs' counsel and counsel for the other defendants consent to this request.

If the Court grants our application, the dates in the Court's Scheduling Order dated September 20, 2007 will remain for the other parties, and all motions to dismiss will still be argued on January 22, 2008, at 3:00 p.m.

MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C.

Hon. Paul A. Crotty
November 5, 2007
Page 2

      Therefore, we respectfully request that the Court endorse the proposed Order attached to this letter.

                                      Respectfully yours,

                                      Lawrence S. Bader

Encl.
cc:    All counsel (by facsimile)

# EXHIBIT A

UNTED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MINNEAPOLIS FIREFIGHTERS' RELIEF ASSOCIATION, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>BRISTOL-MYERS SQUIBB COMPANY, PETER R. DOLAN, and ANDREW R.J. BONFIELD,<br><br>    Defendants. | Case No. 07-CV-5867 (PAC)<br><br> |
| JEAN LAI, Individually and On behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>BRISTOL-MYERS SQUIBB COMPANY, PETER R. DOLAN and ANDREW R. J. BONFIELD,<br><br>    Defendants. | Case No. 07-CV-6259 (PAC) |

## SCHEDULING ORDER

**WHEREAS**, on August 30, 2007, the Court requested that the parties confer and submit a proposed scheduling order with respect to the filing of an Amended Complaint and anticipated motion(s) to dismiss the Amended Complaint; and

**WHEREAS**, on September 5, 2007, Plaintiff in *Lai v. Bristol-Myers Squibb Company, et al.*, No. 07-CV-6259 (PAC), filed a Notice of Voluntary Dismissal without prejudice;

**IT IS HEREBY ORDERED**:

1.  *Lai v. Bristol-Myers Squibb Company, et al.*, No. 07-CV-6259 (PAC), is

dismissed without prejudice;

2. This action shall be captioned "In re Bristol-Myers Squibb Co. Securities Litigation," and the file shall be maintained under Master File No. 07-CV-5867 (PAC).

3. Ontario Teachers' Pension Plan Board ("Ontario Teachers") shall file an Amended Complaint in No. 07-CV-5867 (PAC) no later than October 15, 2007;

4. Defendants shall file their Motion(s) to Dismiss the Amended Complaint no later than November 12, 2007;

5. Ontario Teachers shall file its Opposition to Defendants' Motion(s) to Dismiss the Amended Complaint no later than December 17, 2007;

6. Defendants shall file their Reply(ies) to Ontario Teachers' Opposition to Defendants' Motion(s) to Dismiss the Amended Complaint no later than January 7, 2008.

7. The Court shall hold oral argument on the Motion(s) to Dismiss the Consolidated Amended Complaint on 1/22, 2008. — 3:00 p.m.

Dated: New York, New York
       September 10, 2007

HONORABLE PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

-2-