UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
:
IN RE BRISTOL-MYERS SQUIBB CO.                    :
SECURITIES LITIGATION                             :         07-Civ. 5867 (PAC)
:
:
------------------------------------------------------------ x

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, dated November 12, 2007, the Declaration of Robert F. Carangelo, dated November 12, 2007, the Memorandum of Law filed by Bristol-Myers Squibb Company, dated November 12, 2007, and upon all of the papers and pleadings heretofore filed in this action, the undersigned attorneys for Defendant Peter R. Dolan will move this Court, before the Honorable Paul A. Crotty, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, Room 735, New York, New York 10007, for an Order pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act of 1995 granting Defendant Peter R. Dolan's motion to dismiss the Amended Complaint with prejudice and without leave to replead and granting such other and further relief as the Court deems just and proper.

Dated: November 12, 2007
      New York, New York

                                      Richard J. Davis (RD-3932)
                                      Robert F. Carangelo (RC-3162)
                                      Bradley R. Aronstam (BA-4023)
                                      WEIL, GOTSHAL & MANGES LLP
                                      767 Fifth Avenue
                                      New York, New York 10153
                                      (212) 310-8000

November 12, 2007                         *Attorney for Defendant Peter R. Dolan*

## CERTIFICATE OF SERVICE

I, Emily L. Katz, hereby certify that on November 12, 2007, I caused the foregoing DEFENDANT PETER R. DOLAN'S NOTICE OF MOTION, MEMORANDUM OF LAW IN SUPPORT OF THIS MOTION TO DISMISS THE AMENDED COMPLAINT, AND DECLARATION OF ROBERT F. CARANGELO IN SUPPORT OF THIS MOTION TO DISMISS THE AMENDED COMPLAINT to be served by Federal Express upon the attorneys for Ontario Teachers' Pension Plan Board, Minneapolis Firefighters' Relief Association, Andrew A. Bodnar, and Bristol-Myers Squibb Company at the following addresses:

>Salvatore J. Graziano
>Jai K. Chandrasekhar
>Gerald H. Silk
>BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
>1285 Avenue of the Americas
>New York, NY 10019
>Tel.: (212) 554-1400
>Fax: (212) 554-1444
>
>*Attorneys for Lead Plaintiff Ontario Teachers' Pension Plan Board and Lead Counsel for the Class*
>
>Frederic S. Fox
>Joel B. Strauss
>Jeffrey P. Campisi
>KAPLAN FOX & KILSHEIMER LLP
>850 Third Avenue
>New York, NY 10022
>Tel.: (212) 687-1980
>Fax.: (212) 687-7714
>
>-and-

Richard A. Lockridge
Karen H. Riebel
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel.: (612) 339-6900
Fax.: (212) 399-0981

*Attorneys for Plaintiff Minneapolis
Firefighters' Relief Association*

Elkan Abramowitz
Lawrence S. Bader
Jerrold L. Steigman
MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO &
BOHRER, P.C.
565 Fifth Avenue
New York, NY 10017
Tel.: (212) 880-9300
Fax.: (212) 856-9494

*Attorneys for Defendant Andrew A. Bodnar*

Lorin L. Reisner
Michael R. Potenza
Jacob W. Stahl
DEBOVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Tel.: (212) 909-6000
Fax.: (212) 909- 6836

*Attorneys for Bristol-Myers Squibb Company*

_____
Emily L. Katz