UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
:        07 Civ. 5867 (PAC)
:
IN RE BRISTOL-MYERS SQUIBB CO. SECURITIES  :    **FILED**
LITIGATION                                 :    **ELECTRONICALLY**
:
:
------------------------------------------------------------------------x

## NOTICE OF MOTION

PLEASE TAKE NOTICE that Defendant Bristol-Myers Squibb Company, by its attorneys Debevoise & Plimpton LLP, upon all prior pleadings in this case and upon the accompanying Memorandum of Law of Bristol-Myers Squibb Company in Support of Motion to Dismiss and the Declaration of Lorin L. Reisner in Support of Motion to Dismiss, along with the exhibits attached thereto, hereby moves, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss the Amended Class Action Complaint.

This motion is filed in accordance with the Scheduling Order entered by the Court dated September 20, 2007.

Dated:  New York, New York          DEBEVOISE & PLIMPTON LLP
        November 12, 2007

                                    By:  /s/  Lorin L. Reisner
                                         Lorin L. Reisner
                                         Michael R. Potenza
                                         Jacob W. Stahl
                                         919 Third Avenue
                                         New York, New York 10022
                                         (212) 909-6000 (telephone)
                                         (212) 909-6836 (fax)

                                    *Attorneys for Defendant Bristol-Myers Squibb Company*