UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
: 
: 07 Civ. 5867 (PAC)
IN RE BRISTOL-MYERS SQUIBB CO. :
SECURITIES LITIGATION : **FILED**
: **ELECTRONICALLY**
:
-------------------------------------------------------x

# ATTORNEY'S CERTIFICATE OF SERVICE

The undersigned, an attorney at law in the state of New York, affirms under penalty of perjury, that on November 12, 2007, he caused the Notice of Motion, Memorandum of Law of Bristol-Myers Squibb Company in Support of Motion to Dismiss, and Declaration of Lorin L. Reisner in Support of Motion to Dismiss to be served by Federal Express upon:

> Richard A. Lockridge, Esq.
> LOCKRIDGE GRINDAL NAUEN P.L.L.P.
> 100 Washington Avenue South, Suite 2200
> Minneapolis, Minnesota 55401

　　　　　　　　　　　　　　　　/s/  Michael R. Potenza
　　　　　　　　　　　　　　　　Michael R. Potenza