UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

|                                      |   |                      |
|--------------------------------------|---|----------------------|
| IN RE BRISTOL-MYERS SQUIBB CO.       | : | 07 Civ. 5867 (PAC)   |
| SECURITIES LITIGATION                | : |                      |
|                                      | : | FILED ELECTRONICALLY |

_____:

## NOTICE OF MOTION

PLEASE TAKE NOTICE that defendant Andrew G. Bodnar, by his attorneys Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C., upon all prior pleadings in this case and upon the accompanying memorandum of law and the declaration of Lawrence S. Bader, along with the exhibit attached thereto, hereby moves, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss the Amended Class Action Complaint.

Dated: New York, New York
       November 26, 2007

                                      MORVILLO, ABRAMOWITZ, GRAND,
                                        IASON, ANELLO & BOHRER, P.C.


                                      By: _____/s/_____
                                          Lawrence S. Bader (LB-5841)
                                          565 Fifth Avenue
                                          New York, New York 10017
                                          (212) 856-9600

                                      *Attorneys for Defendant Andrew G. Bodnar*