UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

IN RE BRISTOL-MYERS SQUIBB CO. :     07 Civ. 5867 (PAC)
SECURITIES LITIGATION

                                                    FILED ELECTRONICALLY

_____

## DECLARATION OF LAWRENCE S. BADER
## IN SUPPORT OF MOTION TO DISMISS

LAWRENCE S. BADER declares and affirms the following under penalties of perjury, pursuant to 28 U.S.C. § 1746, that:

1. I am a member of the bar of this Court and the law firm Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C., counsel for defendant Dr. Andrew G. Bodnar. This declaration is submitted in support of Dr. Bodnar's motion to dismiss the Amended Class Action Complaint.

2. Attached as Exhibit 1 to this declaration is a true and accurate copy of the Amended Class Action Complaint.

Dated: New York, New York
November 26, 2007

                                            MORVILLO, ABRAMOWITZ, GRAND,
                                              IASON, ANELLO & BOHRER, P.C.

                               By: _____/s/_____
                                   Lawrence S. Bader (LB-5841)
                                   565 Fifth Avenue
                                   New York, New York 10017
                                   (212) 856-9600

                                   *Attorneys for Defendant Andrew G. Bodnar*