# BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

ATTORNEYS AT LAW

NEW YORK • CALIFORNIA • NEW JERSEY • LOUISIANA

SALVATORE J. GRAZIANO
Salvatore@blbglaw.com
212-554-1538

December 13, 2007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/07

Via Facsimile

The Honorable Paul A. Crotty
United States District Court for
  the Southern District of New York
500 Pearl Street
New York, NY 10007

*[Handwritten endorsement: Reapplication is denied. Lead plaintiff may file a brief of no more than 40 pages. No enlargement will be allowed for Bristol Myers. So ordered. Paul Crotty USDJ]*

Re:   *In re Bristol-Myers Squibb Co. Securities Litigation,*
      Case No. 07-CV-5687 (PAC)

Dear Judge Crotty:

On behalf of Lead Plaintiff Ontario Teachers' Pension Plan Board and Plaintiff Minneapolis Firefighters' Relief Association, we respectfully request leave to file a single brief of up to 60 pages in opposition to the three motions to dismiss filed by Defendants Bristol-Myers Squibb Company, Peter R. Dolan, and Andrew G. Bodnar, instead of filing three separate opposition briefs of up to 25 pages each. Our single brief of up to 60 pages would be filed on December 17, which is the due date for Plaintiffs' opposition to the motions of Bristol-Myers and Mr. Dolan. (Plaintiffs' opposition to Mr. Bodnar's motion is currently due on December 20.)

Counsel for all Defendants have consented to this request, provided that Bristol-Myers may file a reply of up to 15 pages if Plaintiffs' opposition devotes more than 25 pages to Bristol-Myers' motion.

Respectfully submitted,

Salvatore Graziano/JKC
Salvatore J. Graziano

cc:   All Counsel of Record (by facsimile)

**MEMO ENDORSED**

1285 AVENUE OF THE AMERICAS • NEW YORK • NY 10019-6028
TELEPHONE: 212-554-1400 • www.blbglaw.com • FACSIMILE: 212-554-1444