UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BRISTOL-MYERS SQUIBB CO. SECURITIES LITIGATION | NO. 07-CV-5867 (PAC)<br><br>Electronically Filed |

**CERTIFICATE OF SERVICE**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 17th day of December, 2007, I electronically transmitted the following documents:

1. PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS; AND
2. CERTIFICATE OF SERVICE.

to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing for those parties registered for ECF in this case.

                                                                                   By: /s/ Salvatore J. Graziano
                                                                                    Salvatore J. Graziano (SG-6854)