UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | | |
|---|---|---|
| IN RE BRISTOL-MYERS SQUIBB CO. SECURITIES LITIGATION | : : : : : : : : : | 07 Civ. 5867 (PAC)<br><br>FILED ELECTRONICALLY |

_____:

## CERTIFICATE OF SERVICE

The undersigned, an attorney at law in the state of New York, affirms under penalty of perjury, that on January 10, 2008, he caused the Reply Memorandum of Law in Further Support of Defendant Andrew G. Bodnar's Motion to Dismiss to be served by Federal Express upon:

> Richard A. Lockridge, Esq.
> Lockridge Grindal Nauen P.L.L.P.
> 100 Washington Avenue South, Suite 2200
> Minneapolis, MN 55401

_____/s/_____
Jerrold L. Steigman (JS-9137)