```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 0 5 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                        :   07 Civ. 5867 (PAC)
IN RE BRISTOL-MYERS SQUIBB CO.                          :
SECURITIES LITIGATION                                   :   STIPULATION AND ORDER
                                                        :   EXTENDING TIME TO
                                                        :   ANSWER
-------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED by and among Lead Plaintiff Ontario Teachers' Pension Plan Board and Defendants Bristol-Myers Squibb Company, Peter R. Dolan and Andrew G. Bodnar, by their respective undersigned counsel, and subject to the approval of the Court, that the time for Defendants Bristol-Myers Squibb Company and Peter R. Dolan to answer the Amended Class Action Complaint herein is and shall be extended through and including September 29, 2008, and that the time for Defendant Andrew G. Bodnar to answer the Amended Class Action Complaint herein is and shall be extended through and including October 6, 2008.

                                    DEBEVOISE & PLIMPTON LLP

                                    By: _____
                                    Lorin L. Reisner
                                    llreisner@debevoise.com
                                    Michael R. Potenza
                                    mpotenza@debevoise.com
                                    919 Third Avenue
                                    New York, New York 10022
                                    Tel: 212-909-6000
                                    Fax: 212-909-6836
                                    *Attorneys for Defendant Bristol-Myers Squibb Company*

22608911v1

WEIL GOTSHAL & MANGES LLP

By: _____
Richard J. Davis
richard.davis@weil.com
Robert F. Carangelo
robert.carangelo@weil.com
767 Fifth Avenue
New York, NY 10153
Tel.: 212-310-8000
Fax: 212-833-3148
*Attorneys for Defendant Peter R. Dolan*

2

22808911v1

MORVILLO, ABRAMOWITZ, GRAND, IASON,
ANELLO & BOHRER, P.C.

By: _____
Elkan Abramowitz
eabramowitz@magislaw.com
Lawrence S. Bader
lbader@magislaw.com
565 Fifth Avenue
New York, NY 10017
Tel.: 212-880-9300
Fax: 212-856-9494
*Attorneys for Defendant Andrew G. Bodnar*

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP

By: _____
Salvatore J. Graziano
sgraziano@blbglaw.com
Jai K. Chandrasekhar
jai@blbglaw.com
Katherine M. Sinderson
katiem@blbglaw.com
1285 Avenue of the Americas
New York, NY 10019
Tel.: 212-554-1400
Fax: 212-554-1444
*Attorneys for Lead Plaintiff Ontario Teachers'
Pension Plan Board and Lead Counsel for the Class*

SO ORDERED:

_____
HONORABLE PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       September ____, 2008

22808911v1

MORVILLO, ABRAMOWITZ, GRAND, IASON,
ANELLO & BOHRER, P.C.

By: _____
Elkan Abramowitz
eabramowitz@magislaw.com
Lawrence S. Bader
lbader@magislaw.com
565 Fifth Avenue
New York, NY 10017
Tel.: 212-880-9300
Fax: 212-856-9494
*Attorneys for Defendant Andrew G. Bodnar*


BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP

By: Salvatore Graziano/JKC
Salvatore J. Graziano
sgraziano@blbglaw.com
Jai K. Chandrasekhar
jai@blbglaw.com
Katherine M. Sinderson
katiem@blbglaw.com
1285 Avenue of the Americas
New York, NY 10019
Tel.: 212-554-1400
Fax: 212-554-1444
*Attorneys for Lead Plaintiff Ontario Teachers'
Pension Plan Board and Lead Counsel for the Class*


SO ORDERED:

_____
HONORABLE PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE


Dated: New York, New York
       September 5, 2008



22808911v1