**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| IN RE BRISTOL-MYERS SQUIBB CO. SECURITIES LITIGATION |

File No. 07-CV-5867 (PAC)

### NOTICE OF LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS

TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that upon (i) Memorandum of Law in Support of Lead Plaintiff's Motion for Final Approval of Settlement and Plan of Allocation of Settlement Proceeds, and (ii) Declaration of Salvatore J. Graziano in Support of Lead Plaintiffs' Motion for Final Approval of Settlement and Plan of Allocation of Settlement Proceeds and Lead Counsel's Motion for An Award of Attorneys' Fees and Reimbursement of Expenses, being filed concurrently herewith; and all prior proceedings had herein, Lead Plaintiff the Ontario Teachers' Pension Plan Board, through its undersigned counsel, will move this Court before the Honorable Paul A. Crotty at the United States District Court for the Southern District of New York, 500 Pearl Street, Courtroom 20C, New York, New York 10007 at 2:00 p.m. on December 8, 2009, for final approval of the Settlement, and for entry of a Final Judgment And Order Of Dismissal With Prejudice, and approval of the Plan of Allocation.  Defendants do not oppose this motion.

Dated: November 20, 2009              Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER**
**& GROSSMANN LLP**

By:___/s/ Salvatore Graziano_____
        Max W. Berger
        max@blbglaw.com
        Salvatore J. Graziano
        sgraziano@blbglaw.com

1285 Avenue of the Americas
New York, New York 10019
Telephone:  (212) 554-1400
Facsimile:  (212) 554-1444

*Attorneys for Lead Plaintiff Ontario Teachers'*
*Pension Plan Board and Lead Counsel for the*
*Class*


**KAPLAN FOX & KILSHEIMER LLP**
Frederic S. Fox (FF-9102)
Joel B. Strauss (JS-6585)
850 Third Avenue
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

-and-

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
Richard A. Lockridge
Karen H. Riebel
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 399-0981

*Attorneys for Plaintiff Minneapolis Firefighters'*
*Relief Association*