UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BRISTOL-MYERS SQUIBB CO. SECURITIES LITIGATION | File No. 07-CV-5867 (PAC) |

**NOTICE OF LEAD COUNSEL'S MOTION FOR AN AWARD OF
ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that upon (i) Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Expenses, and (ii) Declaration of Salvatore J. Graziano in Support of Lead Plaintiffs' Motion for Final Approval of Settlement and Plan of Allocation of Settlement Proceeds and Lead Counsel's Motion for An Award of Attorneys' Fees and Reimbursement of Expenses, being filed concurrently herewith; and all prior proceedings had herein, the Court-appointed Lead Counsel, Bernstein Litowitz Berger & Grossmann LLP, will move this Court before the Honorable Paul A. Crotty at the United States District Court for the Southern District of New York, 500 Pearl Street, Courtroom 20C, New York, New York 10007 at 2:00 p.m. on December 8, 2009 for entry of an Order Granting Lead Counsel's Motion For An Award Of Attorneys' Fees And Reimbursement Of Expenses.

Dated: November 20, 2009              Respectfully submitted,

                                      BERNSTEIN LITOWITZ BERGER
                                      & GROSSMANN LLP

                                      By:   /s/ Salvatore Graziano
                                            Max W. Berger
                                            max@blbglaw.com
                                            Salvatore J. Graziano

sgraziano@blbglaw.com
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 554-1400
Facsimile:   (212) 554-1444

*Attorneys for Lead Plaintiff Ontario Teachers' Pension Plan Board and Lead Counsel for the Class*

**KAPLAN FOX & KILSHEIMER LLP**
Frederic S. Fox (FF-9102)
Joel B. Strauss (JS-6585)
850 Third Avenue
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

-and-

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
Richard A. Lockridge
Karen H. Riebel
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 399-0981

*Attorneys for Plaintiff Minneapolis Firefighters' Relief Association*