# EXHIBIT F

# Jon G. Shastid

Friday, October 09, 2009

In re Bristol-Meyers Securities Litigation
c/o The Garden City Group
PO Box 9515
Dublin, OH 43017-4815



RECEIVED
OCT 14 2009
THE GARDEN CITY GROUP, INC.

Dear Sir or Madam,

In regards to the litigation referenced above: **I am objecting to the settlement.**

I have not enclosed my proof of claim and release form, as I am objecting. I am enclosing a copy of the notice mailed to me for your reference.

My reasons for objecting are simple: I believe the attorney fees are inappropriate. Twenty percent (20%) of $125,000,000 is absurdly high; I suggest the court require the attorneys to furnish hourly time worked (with a statistical audit being done to determine accuracy) and then assign a reasonable hourly rate. The settlement should reflect this.

Kindest regards,

Jon Shastid

| Must be Postmarked No Later Than December 30, 2009 | In re Bristol-Myers Squibb Co. Securities Litigation<br>c/o The Garden City Group, Inc.<br>P.O. Box 9515<br>Dublin, OH 43017-4815<br>1-866-358-3481 | BMY  |



Claim Number    BMY01126384    Control Number    2880316777

JON G SHASTID

# PROOF OF CLAIM AND RELEASE

### DEADLINE FOR SUBMISSION DECEMBER 30, 2009.

| TABLE OF CONTENTS | PAGE # |
|---|---|
| PART I - GENERAL INSTRUCTIONS | 2-3 |
| PART II - CLAIMANT INFORMATION | 4 |
| PART III - SCHEDULE OF TRANSACTIONS IN BRISTOL-MYERS COMMON STOCK | 5 |
| PART IV - RELEASE OF CLAIMS AND SIGNATURE | 6-7 |


# BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

ATTORNEYS AT LAW

NEW YORK • CALIFORNIA • LOUISIANA

Salvatore Graziano
sgraziano@blbglaw.com
(212) 554-1538

October 19, 2009

Jon G. Shastid

Re:   In re Bristol-Myers Squibb Co. Securities Litigation

Dear Mr. Shastid:

I am in receipt of your objection submitted to the Claims Administrator in *In re Bristol-Myers Squibb Co. Securities Litigation*, Case No. 07-CV-5867 (PAC) (S.D.N.Y.). We would welcome the opportunity to discuss the case, as well as the bases for Lead Counsel's request for attorneys' fees, at your convenience. Please feel free to contact me directly at (212) 554-1538. I look forward to speaking with you.

Sincerely yours,

Salvatore Graziano

SG/vl